# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00806-CV

**Elizabeth Weston, Co-Trustee and Fiduciary of The Estate of Glenn Weston, Appellant**

**v.**

**Graham Weston, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2021-GD0030, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 22, 2024. After this Court granted multiple motions requesting an extension of time to file her brief, appellant's brief was due July 19, 2024. On August 2, 2024, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response would result in the dismissal of this appeal for want of prosecution. More than twenty days have passed, and appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: August 23, 2024